UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW WILLIAMS,

Plaintiff,

-against-

WESTCHESTER CO. JAIL,

Defendant.

26-CV-8648 (JGLC)

ORDER OF SERVICE

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Andrew Williams, who was incarcerated as a pretrial detainee at the Westchester County Jail when he commenced this action, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Defendant violated his constitutional rights during a strip search upon intake into the jail. The Court liberally construes the complaint as asserting additional claims under New York law, including constitutional claims under New York Civil Rights Law § 85. Plaintiff names "Westchester Co. Jail" as the sole defendant, and he seeks $1 million in monetary relief. By order dated November 18, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

As explained below, the Court: (1) substitutes the Westchester County Department of Correction ("WCDOC") as a defendant in place of "Westchester Co. Jail," under Rule 21 of the Federal Rules of Civil Procedure, and adds "John Doe Officers" as defendants, under the same statute; (2) requests that the Westchester County Attorney's Office identify "John Doe Officers," under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997); and (3) directs service on the WCDOC.

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

## DISCUSSION

### A. Rule 21

Under Rule 21, the Court, on its own motion, "may[,] at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21; *see Anwar v. Fairfield Greenwich, Ltd.*, 118 F. Supp. 3d 591, 618-19 (S.D.N.Y. 2015) (Rule 21 "afford[s] courts discretion to shape litigation in the interests of efficiency and justice."). A court can, under Rule 21, "add[] individual defendants in actions whe[n] the complaint mentions them 'throughout the body of the [c]omplaint' as involved in the underlying alleged events." *Alexander v. City of New York*, No. 25-CV-0284 (RA), 2025 WL 861377, at *1 (S.D.N.Y. Mar. 19, 2025) (quoting *George v. Westchester Cnty. Dep't of Corr.*, No. 20-CV-1723 (KMK), 2020 WL 1922691, at *2 (S.D.N.Y. Apr. 21, 2020)). This reflects the intent of Rule 21. *See Truncale v. Universal Pictures Co*., 82 F. Supp. 576, 578 (S.D.N.Y. 1949) ("In so far as [Rule 21] relates to the addition of parties, it is intended to permit the bringing in of a person who, through inadvertence, mistake or for some other reason, had not been made a party and whose presence as a party is later found necessary or desirable.").

Here, Plaintiff names "Westchester Co. Jail" as the sole defendant. In federal court, an entity's capacity to be sued is generally determined by the law of the state where the court is located. *See* Fed. R. Civ. P. 17(b)(3); *see also Edwards v. Arocho*, 125 F.4th 336, 354 (2d Cir. 2024) ("A plaintiff cannot bring a claim against a municipal agency that does not have the capacity to be sued under *its municipal charter*."). Under the Westchester County Charter, the WCDOC has the capacity to sue and be sued. *Id.* at 354. In light of Plaintiff's *pro se* status and his apparent intention to assert claims against the WCDOC, the Court construes Plaintiff's claims against the "Westchester Co. Jail" as having been brought against WCDOC, and directs the Clerk of Court to amend the caption of this action to substitute "Westchester County Department of

Correction" as a defendant in place of "Westchester Co. Jail." This amendment is without prejudice to any defenses that WCDOC may wish to assert.

Similarly, Plaintiff alleges that unidentified correction officers, during a strip search upon intake into the Westchester County Jail, ordered him to insert his fingers into his buttocks and ridiculed him about this body, but Plaintiff neglected to name these persons as defendants. (ECF No. 1, at 4.) In light of Plaintiff's *pro se* status and the Court's belief that Plaintiff intends to hold liable the officers who conducted the strip search, the Court adds "John Doe Officers" as defendants in this action, under Rule 21. This substitution is also without prejudice to any defenses that these officers, once identified and served with process, may wish to assert.

**B. *Valentin v. Dinkins***

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the WCDOC to identify the "John Doe Officers" who, on May 16, 2026, inside the "jail booking search/visit search" area of the Westchester County Jail, subjected Plaintiff to a strip search and allegedly ordered him to insert his fingers into his buttocks and ridiculed him about his body during the course of a strip search. (ECF No. 1, at 4.) It is therefore ordered that the Westchester County Attorney's Office, which is the attorney for and agent of the WCDOC, must ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the defendant may be served. The Westchester County Attorney's Office must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must file an amended complaint naming the John Doe defendant(s). The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this

order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

**C. Service on Defendant Westchester County Department of Correction**

Plaintiff has been granted permission to proceed IFP and therefore may rely on the assistance of the court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant WCDOC through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this Defendant. The Clerk of Court is further instructed to issue a summons for Defendant WCDOC and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this Defendant.

If the complaint is not served within 90 days after the date each summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

---

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint until the Court reviewed the complaint and ordered that a summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons in this action is issued.

Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Court dismisses Plaintiff's claims against Defendant "Westchester Co. Jail." *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is directed to substitute Westchester County Department of Correction as a defendant, in place of "Westchester Co. Jail," under Rule 21 of the Federal Rules of Civil Procedure. The Clerk of Court is also directed to add as defendants, under Rule 21, "John Doe Officers."

The Clerk of Court is instructed to issue a summons for Defendant Westchester County Department of Correction, complete the USM-285 form with the address for Defendant Westchester County Department of Correction, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is also directed to mail a copy of this order and the complaint to the Westchester County Attorney's Office at: 148 Martine Avenue, White Plains, NY 10601.

An "Amended Complaint" form is attached to this order.

The Clerk of Court is directed to mail an information package to Plaintiff.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[3]

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: November 19, 2026
White Plains, New York

JESSICA G. L. CLARKE
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Westchester County Department of Correction
10 Woods Road
Valhalla, NY 10595

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

______________________________________________

______________________________________________

Name (Last, First, MI)

| Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number | E-mail Address |
|---|---|

| Date | Signature |
|---|---|

Click Here to Save

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________________
_______________________________________________
_______________________________________________

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

**-against-**

_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________
_______________________________________________

Jury Trial: ☐ Yes ☐ No
(check one)

**___ Civ. _________ ( )**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name___________________________________________________________
ID#______________________________________________________________
Current Institution_______________________________________________
Address__________________________________________________________
_________________________________________________________________

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _________________________________________ Shield #_________
Where Currently Employed _______________________________________
Address ________________________________________________________
________________________________________________________________

Defendant No. 2 Name ______________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ______________________________________________________________
______________________________________________________________________

Defendant No. 3 Name ______________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ______________________________________________________________
______________________________________________________________________

**Who did what?**

Defendant No. 4 Name ______________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ______________________________________________________________
______________________________________________________________________

Defendant No. 5 Name ______________________________________________ Shield #_________
Where Currently Employed ____________________________________________
Address ______________________________________________________________
______________________________________________________________________

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

______________________________________________________________________
______________________________________________________________________

B. Where in the institution did the events giving rise to your claim(s) occur?

______________________________________________________________________

C. What date and approximate time did the events giving rise to your claim(s) occur?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

D. Facts:_______________________________________________________________

**What happened to you?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

**Was anyone else involved?**

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

**Who else saw what happened?**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ____

If YES, which claim(s)?
_______________________________________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_______________________________________________________________________

1. Which claim(s) in this complaint did you grieve?
_______________________________________________________________________

_______________________________________________________________________

2. What was the result, if any?
_______________________________________________________________________

_______________________________________________________________________

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________
_______________________________________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
_________________________________________________________________
_________________________________________________________________
_________________________________________________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). ______________________________

___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________
___________________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**VI. Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________
Defendants ______________________________________________

2. Court (if federal court, name the district; if state court, name the county) ________________

______________________________________________________________________

_______3. Docket or Index number ______________________________________________

_______4. Name of Judge assigned to your case______________________________________________

5. Approximate date of filing lawsuit ______________________________________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition____________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ________________________________

______________________________________________________________________

______________________________________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________________________
Defendants ______________________________________________

2. Court (if federal court, name the district; if state court, name the county) ___________

______________________________________________________________________

_______3. Docket or Index number ______________________________________________

_______4. Name of Judge assigned to your case______________________________________________

5. Approximate date of filing lawsuit ______________________________________________

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition___________________________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _______________________________
   ____________________________________________________________________________
   ____________________________________________________________________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _______________, 20___.

Signature of Plaintiff _______________________________________

Inmate Number _______________________________________

Institution Address _______________________________________

_______________________________________

_______________________________________

_______________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _______________________________________